UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ERIC TAYLOR AND GAIL TAYLOR, as Parents and Guardians of their minor children, )))) | |
| Plaintiffs, ) | |
| vs. ) | 1:06-cv-708-SEB-VSS |
| ) | |
| STEPHANIE LOERZEL, et al., )) | |
| Defendants. ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1.  **The clerk shall place and retain the complaint under seal,** because of the names of minors being included in the caption and in the body of the complaint. This Entry and the accompanying Judgment are not placed under seal in order that an adequate public record is made of the disposition of the action, though the names of the minors have been redacted from the caption of this Entry and the accompanying Judgment.

2.  This action is dismissed for lack of jurisdiction, because the federal mandamus statute, 28 U.S.C. § 1361, does not authorize an action to compel a state or state officials to perform a particular duty. *See Robinson v. People of the State of Illinois,* 752 F.Supp. 248 (N.D.Ill. 1990).

3.  Judgment consistent with this Entry shall now issue.

4.  The court suggests that the plaintiff work with the Indiana courts and their personnel, including the trial court and the Indiana Court of Appeals (in which their appeal is pending), to address the question of obtaining the full record on appeal they seek.

**IT IS SO ORDERED**.

Date: 05/11/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.