UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ERIC TAYLOR AND GAIL TAYLOR, as Parents and Guardians of their minor children,<br><br>     Plaintiffs,<br><br> vs.<br><br>STEPHANIE LOERZEL, et al.,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)  1:06-cv-708-SEB-VSS<br>)<br>)<br>)<br>)<br>) |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date: 05/11/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Eric Taylor
2864 Galahad Drive
Indianapolis, IN 46228

Gail Taylor
2864 Galahad Drive
Indianapolis, IN 46228